**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOSE DEL CARMEN CHITIVA GARZON, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No. 3:26-1628 |
| | ) | Judge Nora Barry Fischer |
| LEONARD ODDO, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**CASE MANAGEMENT ORDER**

AND NOW, this 28th day of August, 2026, IT IS HEREBY ORDERED as follows:

1. **Service**. The Court hereby notifies Petitioner that copies of this order and the Petition were emailed by the Court to the United States Attorney's Office for the Western District of Pennsylvania this day. This email service is deemed sufficient to accomplish formal service of the Petition on Respondents.

2. **Respondents' counsel notice of appearances**. Counsel for Respondents shall file a notice of appearance within **3 days** of this date.

3. **Respondents' response to the petition.** The Court has reviewed the petition and supporting materials, and finds that the threshold issue concerns whether Petitioner is entitled to a bond hearing under 8 U.S.C. § 1226, or whether Petitioner is subject to mandatory detention under 8 U.S.C. § 1225 pursuant to the interpretation set forth in *Matter of Yajure Hurtado*, 29 I. & N. Dec. 216 (BIA 2025) or *Matter of Q. Li*, 29 I. & N. Dec. 66 (BIA 2025). Based on his Court's decision in *F.B. v. Oddo, et al.*, Cas No. 3:26-717, Docket No. 13 (W.D. Pa. May 11, 2026) as well as prior decisions of other Judges on this Court regarding this issue (*e.g.*, *Aguirre-Guevara v. Oddo, et al*., Case No. 3:26-cv-00070, ECF No. 8 (W.D. Pa. Feb. 11, 2026) (Stickman, J.);

*Martienz-Briceno v. Warden of Moshannon Valley Processing Center*, Civ. A. No. 3:26-cv-232, 2026 WL 872494 (W.D. Pa. Mar. 30, 2026)), the Court tentatively intends to grant relief in the form of an individualized bond hearing before an immigration judge. If Respondents believe that there are factual or legal differences between this case and the other cases in which Judges in this Court have decided the issue, then they may file a response to the petition within **14 days** of the filing of the Notice of Appearance, identifying those differences. Responses are limited to 25 pages, double-spaced. If Respondents' position is the same as in the prior cases in which this issue has been raised and decided by the Judges on this Court, they shall simply state as much in the response, cite to any response or brief previously filed on the issue in this Court, and their positions shall be deemed to be incorporated by reference into the record.

4. **Petitioner's reply in support of the petition.** Petitioner shall file any reply in support of the petition within **14 days** of the filing of Respondents' response to the petition. The reply is limited to 5 pages, double-spaced.

BY THE COURT:

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: counsel of record

cc: JOSE DEL CARMEN CHITIVA GARZON
A#240258644
MOSHANNON VALLEY PROCESSING CENTER
555 GEO DRIVE
PHILIPSBURG, PA 16866 (via first class mail)